UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BALBO,<br><br>           Petitioner,<br><br>    v.<br><br>A. HEDGPETH, WARDEN,<br><br>           Respondent. | CASE NO. ED CV 09-1967-TJH (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: November 2, 2009

                                        TERRY J. HATTER<br>
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\ED09CV01967TJH-JUDGMENT.WPD